UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---------------------------------------------------x

JUAN SANTANA, Individually, and On Behalf of All Others Similarly Situated,

              Plaintiff,

vs.

ELZETTA DESIGN, LLC,

              Defendants.

---------------------------------------------------x

Index No.: 1:23-cv-01074

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff JUAN SANTANA hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice against defendant ELZETTA DESIGN, LLC,

DATED:  December 7, 2023        **MIZRAHI KROUB LLP**

                                              /s/ Edward Y. Kroub
                                             EDWARD Y. KROUB

EDWARD Y. KROUB, ESQ.
225 Broadway, 39th Floor
New York, NY  10007
Telephone:  212-595-6200
Fax: 212-595-9700
Email: Ekroub@mizrahikroub.com

*Attorneys for Plaintiff*